THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEVEN CARLISLE, Appellant. [786 NYS2d 785]—Appeal from a judgment of the Niagara County Court (Sara S. Sperrazza, J.), rendered December 17, 2003. The judgment convicted defendant, upon his plea of guilty, of attempted burglary in the first degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Pigott, Jr., P.J., Green, Pine, Gorski and Lawton, JJ.